Decided September 29, 1998

FREDERICK PAYNE, SR. *v.* COMMISSIONER OF
CORRECTION

The petitioner Frederick Payne, Sr.'s petition for certification for appeal from the Appellate Court, 49 Conn. App. 561 (AC 17354), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* deputy assistant state's attorney, in opposition.

Decided September 29, 1998